**Order entered March 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01063-CV

**HERMAN HAYNES, Appellant**

**V.**

**JOHN JONES AND FREEMAN FOOD SERVICE OF DALLAS, INC., Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-03731**

## ORDER

Both the clerk's and the reporter's records are overdue in this case. By postcard dated November 26, 2012, we notified the court reporter that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date, the reporter's record has not been filed, nor has the court reporter corresponded with the Court regarding the status of the record. Also by postcard dated November 26, 2012, we notified the Dallas County District Clerk that the clerk's record was overdue. We directed the District Clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed, nor has the District Clerk correspond with the Court regarding the status of the record .

Accordingly, this Court **ORDERS** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, either the clerk's record or written verification that appellant has

not been found indigent and has not paid for the record. *We notify appellant that if we receive verification he is not indigent and has not paid for the record, we will, without further notice, dismiss the appeal for want of prosecution. See* TEX. R. APP. P. 37.3(b).

We **ORDER** Renee Carroll, official court reporter for the 116th Judicial District Court, to file, within **FIFTEEN DAYS** of the date of this order, either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not been found indigent and has not paid for the record. *We notify appellant that if we receive verification he is not indigent and has not paid for the record, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

Gary Fitzsimmons
Dallas County District Clerk

Renee Carroll
Official Court Reporter, 116th Judicial District Court

/s/    CAROLYN WRIGHT
CHIEF JUSTICE